Michael Robert Graybill

NAME

N/A

PRISON IDENTIFICATION/BOOKING NO.

5610 Berkeley Rd., Goleta CA 93117

ADDRESS OR PLACE OF CONFINEMENT

Note:    If represented by an attorney, provide name, address, & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

RDDJ

FILED

CLERK, U.S. DISTRICT COURT

08/22/2025

CENTRAL DISTRICT OF CALIFORNIA

BY _____ GSA _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Michael Robert Graybill

FULL NAME (Include name under which you were convicted)

Petitioner,

v.

The Department of Justice

NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE NUMBER:

CV    2:25-cv-07985-MEMF-MAR

To be supplied by the Clerk of the United States District Court

CR    _____

Criminal case under which sentence was imposed.

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C. § 2241)**

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information that establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies must be mailed to the Clerk of the United States District Court for the Central District of California, Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction.
2. ☐ a sentence.
3. ☐ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☑ other.

## PETITION

1. Place of detention    5610 Berkeley Rd., Goleta CA 93117

2. Name and location of court that imposed sentence    The President of the United States

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. _____
   b. _____
   c. _____

4. The date upon which sentence was imposed and the terms of the sentence:
   a. _____
   b. _____
   c. _____

5. Check whether a finding of guilty was made:
   a. ☐ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☐ a jury
   b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?   ☐ Yes    ☐ No

8. If you did appeal, give the following information for each appeal:

   **CAUTION**: *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.*

   a. (1) Name of court _____
      (2) Result _____
      (3) Date of result _____
      (4) Citation or number of opinion _____

(5) Grounds raised (*list each*):

    (a) _____

    (b) _____

    (c) _____

    (d) _____

b.  (1) Name of court _____

    (2) Result _____

    (3) Date of result _____

    (4) Citation or number of opinion _____

    (5) Grounds raised (*list each*):

      (a) _____

      (b) _____

      (c) _____

      (d) _____

9.  State CONCISELY every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.  If necessary, attach a SINGLE page only behind this page.

    **CAUTION**: *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.  You must state facts, not conclusions, in support of your grounds.  A rule of thumb to follow:  state WHO did exactly WHAT to violate your rights at WHAT time and place.*

a.  Ground one: The 3rd and 4th Amendment

Supporting FACTS (tell your story BRIEFLY without citing cases or law): The National Reconnaissance Office is illegally using their surveillance satellite system to violate my 3rd and 4th Amendment rights by stalking and harassing me 24/7 at home. When I report this issue to the FBI and DOJ, the surveillance team at the NRO intercepts my reports in an act of cyber crime.

b.  Ground two: The 1st and 14th Amendment

Supporting FACTS (tell your story BRIEFLY without citing cases or law): I have filed a lawsuit against the government, under the Privacy Act, for documents related to the illegal government surveillance; however, the surveillance team intercepted the court filings in the CDCA, and issued a fraudulent judgment in their favor, all without the case ever appearing before a judge. This is a clear violation of my 1st and 14th Amendment right to petition my government for redress, due process clause, **and the equal protection clause. Case #: 2:23-CV-08754-MEMF-JC**

c.  Ground three: <u>5th and 6th Amendment</u>

Supporting FACTS (tell your story BRIEFLY without citing cases or law): <u>The government is violating my 5th and 6th Amendment by occupying my property without fair and just compensation and granting me no due process. They have effectively imposed a cruel and unusual sentence against me and my property without any form of due process whatsoever. This activity has been going on for years. I have never been found guilty nor have I been accused of any crime, however the government's investigation still continues.</u>

d.  Ground four: <u>8th Amendment</u>

Supporting FACTS (tell your story BRIEFLY without citing cases or law): <u>The government is forcing me to communicate with them remotely 24/7 using their satellite system. This is cruel and unusual Additionally, my immediate safety is constantly being jeopardized by their weapons capabilities. I have reported this extremely dangerous situation to the FBI but since they are involved, they refuse to open an investigation or offer me witness protection.</u>

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions, or motions with respect to this conviction?   ☐ Yes ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

a.  (1) Name of Court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

_____

_____

b. (1) Name of Court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

_____

_____

_____

_____

_____

13. Are you presently represented by counsel?  ☐ Yes  ☑ No

If so, provide name, address, and telephone number __*The government is preventing me from obtaining legal representation_____

Case name and court _____

_____

14. If you are seeking leave to proceed *in forma pauperis*, have you completed the declaration setting forth the required information?  ☑ Yes  ☐ No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____8/22/2025_____     _____Michael Graybill_____
*Date*                                *Signature of Petitioner*



# United States District Court
### Central District of California
## Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

Dear Sir/Madam:

Please find enclosed the following documents:

- One copy of United States Code, Title 28, Sections 2241 and 2242

- One copy of Local Rules 72-3 and 83-16

- Three copies of this Court's form *Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)* (Form CV-27)

The Judges of this Court have adopted the enclosed form *Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)* (Form CV-27) for use by everyone seeking such relief.  Please review the form's instructions carefully and comply with its requirements.  When you have fully completed the form, return the original and one copy to the Court for filing; keep the last copy for your records.  You may return these documents to the Court either by mail or in person at any of the locations listed below:

United States Courthouse
255 E. Temple St., Suite TS-134
Los Angeles, CA 90012

United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

If you return the documents by mail and wish to receive a conformed copy of the first page of your motion (that is, a copy of the first page of your motion showing the filing date and case number), you must include an additional copy of that page and a self-addressed, stamped envelope.  Whether or not you include a self-addressed, stamped envelope, after your documents have been filed you will receive a notice from the Court informing you of the case number and judge(s) assigned to your case.

The filing fee for a *Petition for Writ of Habeas Corpus* is $5.00.  The Court will accept business or corporate checks (no personal checks), federal, state, or local government-issued checks, certified checks, and U.S. Postal Service money orders, made payable to: "Clerk, U.S. District Court."  Credit cards (Mastercard, Visa, Discover, American Express) are also accepted for payments made at any payment window where receipts are issued.

**If you are without funds,** execute the *Declaration to Proceed in Forma Pauperis* contained within the *Petition for Writ of Habeas Corpus* form.  In addition to the declaration, an authorized officer of the institution must complete the Certificate contained in the *Declaration to Proceed in Forma Pauperis* certifying how much money the institution has on deposit in your account.

Sincerely,

Clerk, U. S. District Court

*Encls.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**UNITED STATES CODE SECTIONS**

**TITLE 28 UNITED STATES CODE**

**§ 2241.  POWER TO GRANT WRIT**

(a) Writs of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions. The order of a circuit judge shall be entered in the records of the district court of the district wherein the restraint complained of is had.

(b) The Supreme Court, any justice thereof, and any circuit judge may decline to entertain an application for a writ of habeas corpus and may transfer the application for hearing and determination to the district court having jurisdiction to entertain it.

(c) The writ of habeas corpus shall not extend to a prisoner unless--

(1) He is in custody under or by color of the authority of the United States or is committed for trial before some court thereof; or

(2) He is in custody for an act done or omitted in pursuance of an Act of Congress, or an order, process, judgment or decree of a court or judge of the United States; or

(3) He is in custody in violation of the Constitution or laws or treaties of the United  States; or

(4) He, being a citizen of a foreign state and domiciled therein is in custody for an act done or omitted under any alleged right, title, authority, privilege, protection, or exemption claimed under the commission, order or sanction of any foreign state, or under color thereof, the validity and effect of which depend upon the law of nations; or

(5) It is necessary to bring him into court to testify or for trial.

(d) Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application. The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination.

(e)(1)  No court, justice, or judge shall have jurisdiction to hear or consider an application for a writ of habeas corpus filed by or on behalf of an alien detained by the United States who has been determined by the United States to have been properly detained as an enemy combatant or is awaiting such determination.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**UNITED STATES CODE SECTIONS**

(2)   Except as provided in paragraphs (2) and (3) of section 1005(e) of the Detainee Treatment Act of 2005 (10 U.S.C. 801 note), no court, justice, or judge shall have jurisdiction to hear or consider any other action against the United States or its agents relating to any aspect of the detention, transfer, treatment, trial, or conditions of confinement of an alien who is or was detained by the United States and has been determined by the United States to have been properly detained as an enemy combatant or is awaiting such determination.

## § 2242.  APPLICATION

Application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf.

It shall allege the facts concerning the applicant's commitment or detention, the name of the person who has custody over him and by virtue of what claim or authority, if known.

It may be amended or supplemented as provided in the rules of procedure applicable to civil actions.

If addressed to the Supreme Court, a justice thereof or a circuit judge it shall state the reasons for not making application to the district court of the district in which the applicant is held.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOCAL CIVIL RULES**

*L.R. 72-3  Dispositive Motions and Prisoner Petitions*

***L.R. 72-3.1  Duties of Magistrate Judge.***  Upon the assignment of a case covered by F.R.Civ.P. 72, the Magistrate Judge shall conduct all necessary proceedings.  Pursuant to Rule 10 of the Rules Governing Section 2254 Cases in the United States District Courts, the duties imposed upon a Judge of the District Court may be performed by a full-time Magistrate Judge (except in death penalty cases).

***L.R. 72-3.2  Summary Dismissal of Habeas Corpus Petition.***  The Magistrate Judge promptly shall examine a petition for writ of habeas corpus, and if it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief, the Magistrate Judge may prepare a proposed order for summary dismissal and submit it and a proposed judgment to the District Judge.

***L.R. 72-3.3  Report by Magistrate Judge.***  In habeas cases that are not summarily dismissed, and in all other matters covered by F.R.Civ.P. 72(b) that the Magistrate Judge determines can be resolved without trial, the Magistrate Judge shall file a report which may contain proposed findings of fact, conclusions of law and recommendations for disposition.  If the Magistrate Judge concludes that a trial by a District Judge is required, the Magistrate Judge shall so report to the District Judge.

***L.R. 72-3.4  Objections to Report Where Party In Custody.***  If a party is in custody at the time of the filing of the Magistrate Judge's report, the time for filing objections allowed under F.R.Civ.P. 72(b) shall be twenty (20) days or such further time as the Magistrate Judge may order.

***L.R. 72-3.5  Determination of Objections by District Judge.***  If no objections are filed within the time allowed, the Magistrate Judge shall submit the matter to the District Judge on the basis of the original report.  If objections are timely filed, the Magistrate Judge may issue a revised or supplemental report or submit the matter to the District Judge on the basis of the original report.

***L.R. 72-3.6  Filing of Transcript.***  If an evidentiary hearing was conducted by the Magistrate Judge, the party objecting shall obtain and file a certified transcript of the hearing or pertinent part thereof.  Upon application, the Magistrate Judge may extend the time to file the transcript.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOCAL CIVIL RULES

*L.R. 83-16  Habeas Corpus Petitions and Motions Under 28 U.S.C. Section 2255*

**L.R. 83-16.1  Court Forms.**  A petition for a writ of habeas corpus or a motion filed pursuant to 28 U.S.C. § 2255 shall be submitted on the forms approved and supplied by the Court.

**L.R. 83-16.2  Verification - Other Than By Person in Custody.**  If the petition or motion is verified by a person other than the individual in custody, the person verifying the document shall set forth the reason why it has not been verified by the person in custody. The person verifying the document shall allege only facts personally known to that person. If facts are alleged upon information and belief, the source of the information and belief shall be stated.

**L.R. 83-16.3  Habeas Corpus - Exclusion, Deportation and Removal Cases.**  A next friend petition for a writ of habeas corpus in exclusion, deportation and removal cases must allege that the petitioner has been authorized by the applicant for admission or respondent in the proceedings to file the petition.  If the petition is filed by a relative who is the father, mother, husband, wife, brother, sister, uncle or aunt of the applicant for admission in the proceedings, that fact shall be alleged and authorization to file the petition need not be shown.